AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Tracee Perry              **JUDGMENT IN A CIVIL CASE**
                          CASE NUMBER: 13-CV-6378

    v.

Monroe County

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is terminated.

Date: 1/12/2014                    MICHAEL J. ROEMER, CLERK

                                                              By: Barbara Keenan
                                                                   Deputy Clerk